ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
Kasey Travis, Craighead Circuit Clerk
2022-Dec-07 09:57:34
16JCV-22-1817
C02D09 : 5 Pages

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
CIVIL DIVISION

**GLENDA RILEY**                                                           **PLAINTIFF**

v.                        CASE NO. 16JCV-22-

**CRACKER BARREL**
**OLD COUNTRY STORE, INC.**                               **DEFENDANT**

## COMPLAINT

The Plaintiff, Glenda Riley, states the following as her Complaint against the Defendant, Cracker Barrel Old Country Store, Inc.:

### PARTIES

1. The Plaintiff, Glenda Riley, is a resident of Craighead County, Arkansas.

2. The Defendant, Cracker Barrel Old Country Store, Inc. (hereinafter "Cracker Barrel"), is an Arkansas corporation doing business in the State of Arkansas with its principal place of business located in Lebanon, Tennessee. Cracker Barrel may be served with process through its registered agent for service, CT Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

### JURISDICTION

3. Jurisdiction is appropriate in this Court pursuant to Ark. Code Ann. § 16-13-201.

### VENUE

4. Venue is appropriate pursuant to Ark. Code Ann. § 16-55-213(a)(3), in that Glenda Riley was a resident of Craighead County, Arkansas at the time of Craker Barrel's negligence and her injuries occurred within Craighead County.

## FACTS

5.      On March 28, 2021, Glenda Riley visited Cracker Barrel at its Jonesboro, Arkansas location (2621 Phillips Dr, Jonesboro, AR 72401). Upon information and belief, Cracker Barrel refers to this locatoin as "Store #457." Glenda Riley was visiting Cracker Barrel's Jonesboro location as a dining customer. While being directed to her dining table by a Cracker Barrel employee, Glenda Riley slipped on a substance that Cracker Barrel had allowed to accumulate on its floor.

6.      As Glenda Riley approached the area where Cracker Barrel had allowed the substance to accumulate on the floor, there were no warning or caution signs present. The condition was not apparent and the accompanying risk could not be recognized.

7.      As a result of the substance that Cracker Barrel had allowed to accumlulate on its floor, Glenda Riley fell and suffered injuries to her head, neck, and face. She also suffered injuries to her shoulder and knee. A CT of her face revealed fractures to her right medial and inferior orbital walls and hemorrhage in the right maxillary sinus. A CT of her cervical spine revealed that she also suffered a spinous process fracture at the C5 level and laminar fractures at the C6 and C7 levels.

8.      Cracker Barrel caused the substance to be present on its foor and was aware of the substance on its floor prior to Glenda Riley's fall.

9.      As a proximate result of Cracker Barrel's negligence and related to her injuries sustained in the fall, Glenda Riley has required extensive medical treatment.

**NEGLIGENCE OF CRACKER BARREL OLD COUNTRY STORE, INC.**

10.     Paragraphs 1-9 are re-alleged and incorporated by reference as if fully set forth herein.

11.     Cracker Barrel owed a duty to use ordinary care to maintain the premises in a reasonably safe condition. Cracker Barrel violated this duty to exercise ordinary care and failed to maintain its premises in a reasonably safe condition.

12.     The presence of the substance on Cracker Barrel's floor was the direct result of Cracker's Barrel's negligence and its failure to use ordinary care to maintain its premises in a reasonably safe condition. The substance had been placed on the floor by Cracker Barrel and Cracker Barrel had, thereafter, allowed, the substance to continue to build up over time.

13.     Cracker Barrel knew of the presence of the substance on its floor, and the continued presence of the substance on the floor was the result of Cracker Barrel's failure to use ordinary care.

14.     Alternatively, the substance on Cracker's Barrel's floor had been on the floor for such a length of time that Cracker Barrel knew, or it the very lease it reasonably should have known, of its presence.

15.     Cracker Barrel failed to use ordinary care to remove the substance.

16.     Cracker Barrel failed to use ordinary care in attempting to warn dining customers like Glenda Riley of the presence of the substance on the floor.

17.     As a proximate result of Cracker Barrel's negligence, Glenda Riley has suffered damages in excess of that required for Federal Diversity Jurisdiction as more fully set forth below.

## DAMAGES

18.     Paragraphs 1-17 are re-alleged and incorporated by reference as if fully set forth herein.

3

19. Glenda Riley suffered damages, including but not limited to, permanent physical injuries; past, present, and future pain and suffering; past, present, and future mental anguish and emotional distress; past and future medical expenses; permanent scarring, disfigurement and visible results of injury; past and future lost earnings, a diminished earning capacity' and other damages to be proven at trial.

20. The injuries and damages sustained by Glenda Riley were proximately caused by the negligence of Cracker Barrel.

21. Glenda Riley should have and recover judgment in an amount to be set by the jury in excess of the minimum amount required for federal court diversity from Cracker Barrel as compensatory damages.

### PRAYER FOR RELIEF

22. Glenda Riley prays that she be awarded damages in an amount greater than the amount required for federal diversity jurisdiction.

23. Glenda Riley requests that this matter be expedited for both the purposes of discovery and trial.

24. Glenda Riley reserves the right to amend this Complaint and plead further in this case.

25. Glenda Riley demands a trial by jury.

WHEREFORE, Plaintiff Glenda Riley, prays for judgment against Defendant, Cracker Barrel Old Country Store, Inc., for all compensatory damages allowed under Arkansas law and deemed appropriate by the jury in this case and for costs, expenses and all other relief to which she may be entitled.

Respectfully submitted,

Tony L. Wilcox (#93084)
Chris A. Averitt (#98123)
Wilcox & Averitt, PLC
600 South Main Street
Jonesboro, AR 72401

By: _____
Tony L. Wilcox (#93084)