**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**GLENDA RILEY**                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 3:22-CV-00328-BSM**

**CRACKER BARREL OLD COUNTRY
STORE INC.**                                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE